

# THE THIRTEENTH COURT OF APPEALS

13-22-00425-CV

OCWEN LOAN SERVICING, LLC, HOMEWARD RESIDENTIAL, INC.
(F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.),
AND DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC.,
ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R8
v.
CONSUELO JONES, GABRIELA JONES, AND MARCC

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Court Cause No. C-0453-17-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

May 16, 2024